COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2000

at 11 o'clock and 25 min M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00062ACK |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | 21 U.S.C. § 860(a) |
| JENNIFER ASUASU, ) | |
| Defendant. ) | |

INDICTMENT

**COUNT 1**

The Grand Jury charges that:

On or about February 1, 2000, within the District of

Hawaii, JENNIFER ASUASU, did knowingly and intentionally possess

with intent to distribute and distribute approximately 0.105

grams of cocaine base, a Schedule II controlled substance, within

one thousand (1,000) feet of the real property comprising a

playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section

860(a).

## COUNT 2

The Grand Jury further charges that:

On or about February 2, 2000, within the District of Hawaii, JENNIFER ASUASU, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.108 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 3

The Grand Jury further charges that:

On or about February 2, 2000, within the District of Hawaii, JENNIFER ASUASU, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.109 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground, to wit: Aala Park.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Section
860(a).

DATED: _____2/10_____, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States v. Jennifer Asuasu
"Indictment"