Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**United States District Court
FOR THE
DISTRICT OF HAWAII**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2006

at 3 o'clock and 11 min. PM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                                 Criminal No. CR 00-00062ACK-01

JENNIFER ASUASU

On 1/25/2002, the above named was placed on supervised release for a period of 6 years years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that she be discharged from supervised release at this time, having served 48 months of supervision.

Respectfully submitted,

_____ for:
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 21st day of February, 2006.

_____
ALAN C. KAY
Senior U.S. District Judge